UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No.

**DALE HARTLEY, individually and on behalf of all others similarly situated,**

      **Plaintiff,**

**v.**

**SARMA COLLECTIONS, INC.,**

      **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Sarma Collections Inc. ("Sarma"), by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, from the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida and in support thereof avers as follows:

    1.    Sarma is a defendant in a civil action originally filed on or about January 14, 2022, in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Dale Hartley v. Sarma Collections, Inc.* and docketed to Case No. CACE-22-000755.

    2.    This removal is timely under 28 U.S.C. § 1446(b) as Defendant received service of process on January 24, 2022.

    3.    Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant in the state court action.

4. The United States District Court for the Southern District of Florida has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5. On this date, Defendant provided notice of this Removal to counsel for Plaintiff and to the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Southern District of Florida.

                                                Respectfully submitted,

                                                **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ John M. Marees, II*
           LAUREN M. BURNETTE, ESQUIRE
           FL Bar No. 0120079
           JOHN M. MAREES II, ESQUIRE
           FL Bar No. 069879
           MAUREEN WALSH, ESQUIRE
           FL Bar No. 28179
           12276 San Jose Blvd.
           Suite 718
           Jacksonville, FL 32223
           (904) 527-1172
           (904) 683-7353 (fax)
           lburnette@messerstrickler.com
           jmarees@messerstrickler.com
           mwalsh@messerstrickler.com
           *Counsel for Defendant*

Dated: February 14, 2022

## CERTIFICATE OF SERVICE

I certify that on February 14, 2022, a true copy of the foregoing document was served on all counsel of record by electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

By: <u>/s/ John M. Marees, II</u>
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant*

Dated: February 14, 2022