UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-60336-WPD

DALE HARTLEY,

    Plaintiffs,

v.

SARMA COLLECTIONS, INC.,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Plaintiff Dale Hartley ("Plaintiff") files this *Unopposed* Motion for Extension of Time with respect to the Motion to Dismiss [D.E. 4] filed by Defendant Sarma Collections, Inc ("Defendant") on February 20, 2022.

1.    Defendant's Motion to Dismiss [D.E. 4] (the "Motion") raises issue with venue and/or jurisdiction, as Defendant contends Plaintiff's cause of action arose outside of this district. Counsel for Plaintiff is currently investigating Defendant's claim with respect to the district in which Plaintiff's claim arose and expects to have the results of such investigation on or before March 22, 2022. As such, Plaintiff seeks an additional two (2) weeks to respond to the Motion.

2.    The additional time sought is not for purposes of delay. Further, the additional time sought will not have any prejudicial impact on Defendant, as prior to the filing of this Motion, the undersigned conferred with counsel for Defendant regarding this Motion and Defendant advised that it (Defendant) *does not* oppose the extension Plaintiff seek herein.

WHEREFORE, Plaintiffs, respectfully, requests this Court grant Plaintiffs an extension through and including March 22, 2022, to respond to the Motion to Dismiss [D.E. 4].

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

### Certificate of Compliance with Local Rule 7.1

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Plaintiff conferred with counsel for Defendant, of whom stated that Defendant *does not oppose* to the relief sought herein.

DATED: March 8, 2022

                              Respectfully Submitted,

                              /s/ Thomas Patti
                              **JIBRAEL S. HINDI, ESQ.**
                              Florida Bar No.: 118259
                              E-mail:   jibrael@jibraellaw.com
                              **THOMAS J. PATTI, ESQ.**
                              Florida Bar No.: 118377
                              E-mail:   tom@jibraellaw.com
                              The Law Offices of Jibrael S. Hindi
                              110 SE 6th Street, Suite 1744
                              Fort Lauderdale, Florida 33301
                              Phone:     954-907-1136
                              Fax:         855-529-9540
                              *COUNSEL FOR PLAINTIFF*

### **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 8, 2022, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                              Respectfully Submitted,

                              /s/ Thomas J. Patti
                              **THOMAS J. PATTI, ESQ.**
                              Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com