IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DALE HARTLEY, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.                                        Case No.  4:22cv152-MW/MAF

SARMA COLLECTIONS, INC.,

      Defendant.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                    JESSICA J. LYUBLANOVITS,
                                                    CLERK OF COURT

<u>August 5, 2022</u>                          _____
DATE                                            Deputy Clerk